# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL ELIAS PENA COLUMNA and<br>RAMMER ANDRES GUERRERO-MORALES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Case No. 3:19-cr-0065<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**BEFORE THE COURT** is the trial in this matter currently scheduled for April 19, 2021. For the reasons stated herein, the time to try this case is extended up to and including September 27, 2021.

In response to the COVID-19 pandemic, the Chief Judge of the District Court of the Virgin Islands entered a general order concerning operations of the Court on March 17, 2020. The Chief Judge has thus far extended the order ten times, finding that the ends of justice require excluding March 18, 2020, through March 31, 2021, from the Speedy Trial count in all criminal matters.

To date, the COVID-19 virus has claimed more than 542,000 lives (25 of which have been in the U.S. Virgin Islands). Current testing indicates that the rate of contraction of the virus is slowing in recent weeks. Notwithstanding the decrease in the incidence of COVID-19 in the Virgin Islands over the past few weeks, the Court finds that a continuance of the trial date in this case is in the best interest of justice. As a multi-defendant case, this case presents significant challenges for the Court to comply with social distancing guidelines during the jury trial. Practical considerations would require additional spacing for Defendants, counsel, and jurors—and the potential for additional jurors in the courtroom. As such, the Court finds that extending the period within which Defendants may be tried under the Speedy Trial Act

*United States v. Pena Columna et al.*
Case No. 3:19-cr-0065
Order
Page 2 of 2

is necessary for the protection and well-being of the Defendants, the jury, the prosecutors, the witnesses, the Court's personnel, and the general public at large.

The premises considered, it is hereby

**ORDERED** that the time beginning from the date of this order granting an extension through September 27, 2021, shall be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161; it is further

**ORDERED** that the parties shall file and serve a pre-trial brief no later than September 20, 2021, which shall include the following: (a) proposed list of witnesses; (b) proposed list of exhibits; (c) estimated length of case-in-chief and case-in-defense; (d) proposed non-standard *voir dire* questions; and (e) proposed non-standard jury instructions related to the elements of the charges and defenses; it is further

**ORDERED** that the parties shall provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits no later than September 22, 2021;[1] and it is further

**ORDERED** that the jury trial in this matter previously scheduled for April 19, 2021, is hereby **RESCHEDULED** to commence promptly at 9:30 A.M. on September 27, 2021, in St. Thomas Courtroom 1.

**Dated:** March 22, 2021              */s/ Robert A. Molloy*
                                       **ROBERT A. MOLLOY**
                                       **District Judge**

---

[1] Counsel are advised to consult with Court technical staff to determine the proper format for saving electronic versions of exhibits. The Government's trial exhibits shall be labelled sequentially beginning with Government's Exhibit 1. Defense exhibits shall be labelled sequentially beginning with Defense Exhibit A.