**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SAMUEL ELIAS PENA COLUMNA,** )<br>)<br>**Defendant.** )<br>) | Case No. 3:19-cr-0065 |

**ORDER**

**THIS MATTER** proceeded to a jury trial on September 12, 2022. On September 21, 2022, the jury returned a unanimous verdict finding Samuel Elias Pena Columna guilty as to Count One, Count Two, Count Three, Count Four, and Count Five of the Indictment.

Accordingly, it is hereby

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than November 21, 2022; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than December 16, 2022; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than December 30, 2022; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later January 13, 2023; it is further

**ORDERED** that a sentencing hearing is **SCHEDULED** to commence promptly at 9:30 A.M. on January 19, 2023, in St. Thomas Courtroom 1 before Chief Judge Robert A. Molloy.

**Date:** September 21, 2022         /s/ *Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **Chief Judge**